UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.M. M.,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security<br><br>  Respondent. | Case No. 2:20-cv-00416-DCN-REP<br><br>**ORDER** |

    Petitioner K.M.M. applied for both Title II disability and disability insurance benefits, which was ultimately denied. After exhausting her administrative remedies, Petitioner sought the Court's review.

    On November 19, 2021, United States Magistrate Judge Raymond E. Patricco, Jr. issued his Report and Recommendation in this matter. Pursuant to statute, the parties had fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). Having reviewed the Report and Recommendation, and with no objections having been filed, the Court accepts in whole the Report and Recommendation. *Id.*

**ORDER**

    IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on November 22, 2021, (Dkt. 22) be INCORPORATED and ADOPTED in its entirety.

ORDER – 1

2. Petitioner's Petition for Judicial Review is DENIED.

3. Commissioner Kilolo Kijakazi's decision is AFFIRMED.

4. This action is DISMISSED with prejudice, and CLOSED.

DATED: December 20, 2021

_____
David C. Nye
Chief U.S. District Court Judge